JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSHUA MEADORS,

         Petitioner,

      v.

COMPTON SUPERIOR COURT,

         Respondent.

Case No. 2:25-cv-06041-KK-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: February 10, 2026        _____

HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE